UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-710 FFM | Date | November 18, 2015 |
|---|---|---|---|
| Title | LLOYD J. COLLINS v. STATE OF CALIFORNIA, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER RE DEFENDANTS'** *EX PARTE* **APPLICATION AND RULING ON SUBMITTED MATTER**

   The Court's Order Ruling on Submitted Matter is stayed pending resolution of defendants' *Ex Parte* Application to Defer Issuance of Discovery Order Pending Defendants' Filing of Motion for Summary Judgment.

|   | : |   |
|---|---|---|
| Initials of Preparer | | JM |