UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD J. COLLINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 15-710 FFM<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Having read the parties' counsels' Stipulation for Dismissal with prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

Pursuant to Federal Rules of Civil Procedure 41(a)(2), this action is dismissed by plaintiff in its entirety *with prejudice*.

IT IS SO ORDERED.

DATED: September 22, 2017　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge